JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| TIN QUOC PHAN, | ) | No. SA CV 22-1245-SB (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| OLIVE CREST, | ) | |
| Defendant. | ) | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that defendant's Motion to Dismiss is granted, the Complaint is dismissed without leave to amend and with prejudice for failure to state a claim and as barred by claim preclusion, and the action is dismissed.

DATED: November 22, 2022

_____
HONORABLE STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE